EXHIBIT "A"

A CERTAIN LOT OR PARCEL OF LAND WITH THE BUILDINGS THEREON,
LOCATED IN SOUTH BERWICK, IN THE COUNTY OF YORK AND STATE OF
MAINE AND BEING LOT NO. 91 IN A PLAN ENTITLED 'FINAL PLAN
OLD MILL, II, A PLANNED COMMUNITY BY ROBERT LAVEAGUE.'.   TAX
MAP OR PARCEL ID NO.: TM 33, LOT 91

