EXHIBIT B

A certain lot or parcel of land with the buildings thereon, located in South Berwick, in the County of York and State of Maine and being Lot 294 on a Plan entitled "Final Plan Old Mill II, A Planned community by Robert Levesque, Agamenticus Road, South Berwick, Maine", dated November 1983 and recorded in the York County Registry of Deeds on January 12, 1984 in Plan Book 127, Page 28.

Subject to those easements for the purposed of ingress, egress and all utilities over all those roads portrayed on the above-described plan, until such time as said roads are accepted by the Town of South Berwick.

Excepting and reserving to Merrymeeting Developers, Inc., its successors and assigns, in common with the Grantee(s) their successors and assigns, easements for the purposes of constructing, maintaining and repairing drainage ditches and culverts provided however the Merrymeeting Developers, Inc., its successors and assigns, upon completion of the exercise of this easement, shall restore the premises to its prior existing conditions.

Further excepting and reserving to Merrymeeting Developers, Inc., its successors and assigns, easements for the purposes of constructing foundation perimeter drain systems to drain the area adjacent to the foundations, provided that Merrymeeting Developers, Inc., its successors and assigns, upon completion of the exercise of this easement, shall restore the premises to its prior existing condition.

Being the same premises conveyed to James Martin and Oralea C. Martin by deed of Jerry R. Locke and Catherine C. Locke,. Dated March 25, 1994 and recorded in the York County Registry of Deeds at Book 6987, Page 251.

EXHIBIT B