Caliber Home Loans, Inc.
PO Box 9081
Temecula, CA 92589-9081

Send Payments to:
Caliber Home Loans, Inc
P.O. Box 650856
Dallas, TX 75265-0856

Send Correspondence to:
Caliber Home Loans, Inc.
P.O. Box 24610
Oklahoma City, OK 73124



2326452668

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

20171130-260

JAMES F OLOUGHLIN III
53 BUTTONWOOD RD
SOUTH BERWICK, ME 03908-2111





EXHIBIT
F

W_ME_RTC



11/30/2017

JAMES F OLOUGHLIN III
53 BUTTONWOOD RD
SOUTH BERWICK, ME 03908-2111

Loan Number:
Property Address:     53 BUTTONWOOD RD
                      SOUTH BERWICK, ME 03908-2111

## NOTICE OF RIGHT TO CURE

Dear JAMES F OLOUGHLIN III:

You are hereby provided formal notice by Caliber Home Loans, Inc., the Servicer of the above-referenced loan, on behalf of LSF10 MASTER PARTICIPATION TRUST   (Creditor), that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

You have a right to cure your default. To cure the default, you must pay the full amount of the default on this loan by 01/07/2018 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). If you do not correct the default by this date, Caliber Home Loans, Inc. may require that you pay immediately the entire amount then remaining unpaid under the Note and under the Security Instrument ("immediate payment in full"), and Caliber Home Loans, Inc. or another party may acquire the property by means of foreclosure and sale.

As of the date of this notice, the total amount required to cure the default is $115,774.16, which consists of the following:

| | | |
|---|---|---:|
| Next Payment Due Date: | | 05/24/2012 |
| Total Monthly Payments Due for 67 months: | | $98,875.74 |
| Principal: | $41,086.73 | |
| Interest: | $75,340.51 | |
| Late Charges: | | $0.00 |
| Other Charges: | Uncollected NSF Fees: | $0.00 |
| | Other Fees: | $0.00 |
| | Corporate Advance Balance: | $16,898.42 |
| | Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | **$115,774.16** |

You can cure this default by making a payment of $115,774.16 by 01/07/2018 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). The amount required to cure the default will remain constant until this date. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the default.

 The total amount due does not include any amounts that become due after the date of this notice. Other

W_ME_RTC    Rev.06/2016
Page 1 of 6

2326452668

amounts, including additional monthly payments, late charges and other charges, may continue to accrue during this period as provided for under the Note, Security Instrument and applicable law. These amounts must also be paid in order for you to be current on your mortgage payments. Please include your loan number and property address with your payment and send to:

    Caliber Home Loans, Inc.
    PO Box 650856
    Dallas, TX 75265-0856

If you wish to dispute the default, or if you dispute the calculation of amount of the default, you may contact us by calling (800) 621-1437.

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

If you meet the following conditions, you will have the right to have enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective as if immediate payment in full had never been required: 1) pay the full amount that then would be due under the Security Instrument and the Note as if immediate payment in full had never been required; 2) correct your failure to keep any of your other promises or agreements made in the Security Instrument; 3) pay all reasonable expenses in enforcing the Security Instrument including, for example, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Creditor's interest in the property and rights under the Security Instrument; and 4) do whatever Creditor reasonably requires to assure that Creditor's interest in the property, Creditor's rights under the Security Instrument, and your obligations under the Note and under the Security Instrument continue unchanged.

You may have options available to you other than foreclosure. You are encouraged to explore available options prior to the end of the "right to cure" period by contacting Caliber Home Loans, Inc. at (800) 621-1437 Or call us via TDD at (800) 735-2989 from Mon - Thurs 8:00 am to 9:00 pm CST, Fri 8:00 am to 7:00 pm, Sat 8:00 am to 4:00 pm.

Although you are not required to pay the total debt (or balance) of the loan prior to its maturity or acceleration, federal law requires Caliber Home Loans, Inc. to provide you with the total debt (or balance) due to Caliber Home Loans, Inc. as of the date of this letter, which is $220,428.89. The total estimated debt amount provided herein is for informational purposes only and this letter is not intended to act as a "payoff statement" or "demand" for you to pay the loan in full. If you want to obtain a written payoff statement, please contact Caliber Home Loans, Inc. from Mon - Thurs 8:00 am to 9:00 pm CST, Fri 8:00 am to 7:00 pm, Sat 8:00 am to 4:00 pm.

If foreclosure proceedings are undertaken, we may pursue a deficiency judgment, if permitted by applicable law. Failure to respond to this letter may result in the loss of your property. To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address and telephone number.

**Caliber Home Loans, Inc. is attempting to collect a debt, and any information obtained will be used for that purpose. Unless you notify us within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, we will assume this debt is valid. If you notify us within thirty**

(30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within thirty (30) days after the receipt of this letter, we will provide you with the name and address of the original creditor, if the original creditor is different from the current creditor.

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by Caliber Home Loans, Inc.

**Attention Servicemembers and Dependents**: Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in military service, or have been within the last twelve (12) months, **AND** joined after signing the Note and Security Instrument now in default, please notify Caliber Home Loans, Inc. immediately. When contacting Caliber Home Loans, Inc. as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil; 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You can also contact us toll-free at (800) 621-1437 if you have questions about your rights under SCRA.

For your assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

This matter is very important. We encourage you to explore all available options upon receipt of this notice.

Please give it your immediate attention.

Sincerely,

Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134
(800) 621-1437



## Agencies located in MAINE

**Agency Name:** BREAD OF LIFE MINISTRIES
**Phone:** 207-626-3434-202
**Toll Free:**
**Fax:**
**Email:** programdirector@mainebreadoflife.org
**Address:** 159 Water Street
AUGUSTA, Maine 04330-4607
**Website:** www.mainebreadoflife.org

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:** 800-452-4668
**Fax:** 207-626-4678
**Email:** dkjohnson@mainehousing.org
**Address:** 353 WATER STREET
AUGUSTA, Maine 04330-4665
**Website:** http://www.mainehousing.org

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-974-2403
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** hmassow@penquis.org
**Address:** 262 Harlow Street
PO Box 1162
BANGOR, Maine 04401-4952
**Website:** http://www.penquis.org

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963
**Toll Free:** 800-221-2221
**Fax:** 207-443-7447
**Email:** candice.carpenter@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Website:** http://www.midcoastmainecommunityaction.org

**Agency Name:** WALDO COMMUNITY ACTION PARTNERS
**Phone:** 207-338-6809
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 9 Field St Ste 201
Belfast, Maine 04915-6661
**Website:** http://waldocap.org

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Website:** http://www.ceimaine.org

**Agency Name:** TEDFORD HOUSING
**Phone:** 207-729-1161-100
**Toll Free:**
**Fax:**
**Email:** officemanager@tedfordhousing.org
**Address:** 14 Middle Street
BRUNSWICK, Maine 04011-2400
**Website:** http://www.tedfordhousing.org

**Agency Name:** WESTERN MAINE CAP
**Phone:** 207-645-3764
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 20 A Church St
East Wilton, Maine 04234
**Website:** http://wmca.org

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Website:** www.avestahousing.org

**Agency Name:** CITY OF PORTLAND SHELTER
**Phone:** 207-482-5131
**Toll Free:**
**Fax:**
**Email:**
**Address:** 196 Lancaster Street
PORTLAND, Maine 04101-2418
**Website:** n/a

**Agency Name:** COMMUNITY FINANCIAL LITERACY
**Phone:** 207-797-7890
**Toll Free:**
**Fax:**
**Email:** crwaganje@cflmaine.org
**Address:** 309 Cumberland Ave
Suite 205
PORTLAND, Maine 04101-4982
**Website:** www.cflme.org

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 477 Congress St Fl 5
Portland, Maine 04101-3457
**Website:** http://www.moneymanagement.org



**Agency Name:** PINE TREE LEGAL ASSISTANCE, INCORPORATED
**Phone:** 207-774-8211
**Toll Free:**
**Fax:** 207-828-2300
**Email:** nheald@ptla.org
**Address:** 88 Federal St
PO Box 547
PORTLAND, Maine 04101-4205
**Website:** http://www.ptla.org

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-768-3023-650
**Toll Free:** 800-432-7881
**Fax:** 207-768-3021
**Email:** jbaillargeon@acap-me.org
**Address:** 771 Main St
PRESQUE ISLE, Maine 04769-2201
**Website:** www.acap-me.org

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2903
**Toll Free:**
**Fax:** 207-490-5026
**Email:** Meaghan.Arzberger@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Website:** http://www.yccac.org

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:**
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Square
SOUTH PARIS, Maine 04281-1533
**Website:** www.community-concepts.org

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 207-859-1500
**Toll Free:** 800-542-8227
**Fax:**
**Email:** N/A
**Address:** 97 Water St
Waterville, Maine 04901-6339
**Website:** http://www.kvcap.org

```
From: Nobody <nobody@nowhere.org>
Sent: 11/30/2017 6:20:54 PM
To: WALZ_CALIBER
WALZ ID: 260_WALZ_CALIBER@walzgroup.com
```

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----

Company providing the notice:Caliber Home Loans, Inc.
Owner of the mortgage:LSF10 MASTER PARTICIPATION TRUST
What term best describes the owner of the mortgage?:Securitized Pool
Filer's Email Address:WALZ_CALIBER@walzgroup.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Kendal Brown 13801 Wireless Way, Oklahoma City, OK 73134 800-321-1437 ext. 2626 BreachInbox@caliberhomeloans.com

-----
Consumer Information
-----

Consumer First name:JAMES
Consumer Middle Initial/Middle Name: F
Consumer Last name:OLOUGHLIN III
Consumer Suffix:
Property Address line 1:53 BUTTONWOOD RD
Property Address line 2:
Property Address line 3:
Property Address City/Town:SOUTH BERWICK
Property Address State:
Property Address zip code:03908
Property Address County:York

-----
Notification Details
-----

Date notice was mailed:11/30/2017
Amount needed to cure the default:115774.16
Consumer Address line 1:53 BUTTONWOOD RD
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:SOUTH BERWICK
Consumer Address State:ME
Consumer Address zip code:03908

| Line | Tracking Number | Name, Street & P.O. Address | Postage | Fee | Reference |
|---|---|---|---|---|---|
| 1 | 2328452668 | JAMES F OLOUGHLIN @ 53 BUTTONWOOD RD SOUTH BERWICK, ME 03908-2111 | $0.670 | $0.39 | 9805216679 |
| 2 | 2328452668 | JOANNE T OLOUGHLIN 53 BUTTONWOOD RD SOUTH BERWICK, ME 03908-2111 | $0.670 | $0.39 | 9805216679 |
| | | Totals | $1.34 | $0.78 | |
| | | | Grand Total: | | $2.12 |

List Number of Pieces Listed by Sender

2

Total Number of Pieces Received at Post Office   2

Postmaster: _____ Dated: _____
Name of receiving employee



CORONA, CA 92878-9998
NOV 30 2017
USPS

Caliber Home Loans, Inc.
PO Box 9081
Temecula, CA 92589-9081

Send Payments to:
Caliber Home Loans, Inc.
P.O. Box 650856
Dallas, TX  75265-0856

Send Correspondence to:
Caliber Home Loans, Inc.
P.O. Box 24610
Oklahoma City, OK  73124



2326452669

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

20171130-260

JOANNE T OLOUGHLIN
53 BUTTONWOOD RD
SOUTH BERWICK, ME  03908-2111



W_ME_RTC



11/30/2017

JOANNE T OLOUGHLIN
53 BUTTONWOOD RD
SOUTH BERWICK, ME 03908-2111

Loan Number:
Property Address:      53 BUTTONWOOD RD
                       SOUTH BERWICK, ME 03908-2111

## NOTICE OF RIGHT TO CURE

Dear JOANNE T OLOUGHLIN:

You are hereby provided formal notice by Caliber Home Loans, Inc., the Servicer of the above-referenced loan, on behalf of LSF10 MASTER PARTICIPATION TRUST   (Creditor), that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

You have a right to cure your default. To cure the default, you must pay the full amount of the default on this loan by 01/07/2018 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). If you do not correct the default by this date, Caliber Home Loans, Inc. may require that you pay immediately the entire amount then remaining unpaid under the Note and under the Security Instrument ("immediate payment in full"), and Caliber Home Loans, Inc. or another party may acquire the property by means of foreclosure and sale.

As of the date of this notice, the total amount required to cure the default is $115,774.16, which consists of the following:

| | | |
|---|---|---|
| Next Payment Due Date: | | 05/24/2012 |
| Total Monthly Payments Due for 67 months: | | $98,875.74 |
| Principal: | $41,086.73 | |
| Interest: | $75,340.51 | |
| Late Charges: | | $0.00 |
| Other Charges:  Uncollected NSF Fees: | | $0.00 |
| Other Fees: | | $0.00 |
| Corporate Advance Balance: | | $16,898.42 |
| Unapplied Balance: | | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | **$115,774.16** |

You can cure this default by making a payment of $115,774.16 by 01/07/2018 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). The amount required to cure the default will remain constant until this date. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the default.

 The total amount due does not include any amounts that become due after the date of this notice. Other

W_ME_RTC    Rev.06/2016
Page 1 of 6

2326452669

amounts, including additional monthly payments, late charges and other charges, may continue to accrue during this period as provided for under the Note, Security Instrument and applicable law. These amounts must also be paid in order for you to be current on your mortgage payments. Please include your loan number and property address with your payment and send to:

> Caliber Home Loans, Inc.
> PO Box 650856
> Dallas, TX 75265-0856

If you wish to dispute the default, or if you dispute the calculation of amount of the default, you may contact us by calling (800) 621-1437.

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

If you meet the following conditions, you will have the right to have enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective as if immediate payment in full had never been required: 1) pay the full amount that then would be due under the Security Instrument and the Note as if immediate payment in full had never been required; 2) correct your failure to keep any of your other promises or agreements made in the Security Instrument; 3) pay all reasonable expenses in enforcing the Security Instrument including, for example, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Creditor's interest in the property and rights under the Security Instrument; and 4) do whatever Creditor reasonably requires to assure that Creditor's interest in the property, Creditor's rights under the Security Instrument, and your obligations under the Note and under the Security Instrument continue unchanged.

You may have options available to you other than foreclosure. You are encouraged to explore available options prior to the end of the "right to cure" period by contacting Caliber Home Loans, Inc. at (800) 621-1437 Or call us via TDD at (800) 735-2989 from Mon - Thurs 8:00 am to 9:00 pm CST, Fri 8:00 am to 7:00 pm, Sat 8:00 am to 4:00 pm.

Although you are not required to pay the total debt (or balance) of the loan prior to its maturity or acceleration, federal law requires Caliber Home Loans, Inc. to provide you with the total debt (or balance) due to Caliber Home Loans, Inc. as of the date of this letter, which is $220,428.89. The total estimated debt amount provided herein is for informational purposes only and this letter is not intended to act as a "payoff statement" or "demand" for you to pay the loan in full. If you want to obtain a written payoff statement, please contact Caliber Home Loans, Inc. from Mon - Thurs 8:00 am to 9:00 pm CST, Fri 8:00 am to 7:00 pm, Sat 8:00 am to 4:00 pm.

If foreclosure proceedings are undertaken, we may pursue a deficiency judgment, if permitted by applicable law. Failure to respond to this letter may result in the loss of your property. To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address and telephone number.

**Caliber Home Loans, Inc. is attempting to collect a debt, and any information obtained will be used for that purpose. Unless you notify us within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, we will assume this debt is valid. If you notify us within thirty**

(30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within thirty (30) days after the receipt of this letter, we will provide you with the name and address of the original creditor, if the original creditor is different from the current creditor.

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by Caliber Home Loans, Inc.

**Attention Servicemembers and Dependents**: Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in military service, or have been within the last twelve (12) months, AND joined after signing the Note and Security Instrument now in default, please notify Caliber Home Loans, Inc. immediately. When contacting Caliber Home Loans, Inc. as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil; 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You can also contact us toll-free at (800) 621-1437 if you have questions about your rights under SCRA.

For your assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

This matter is very important. We encourage you to explore all available options upon receipt of this notice.

Please give it your immediate attention.

Sincerely,

Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134
(800) 621-1437



W_ME_RTC    Rev.06/2016
Page 3 of 6

2326452669

## Agencies located in MAINE

**Agency Name:** BREAD OF LIFE MINISTRIES
**Phone:** 207-626-3434-202
**Toll Free:**
**Fax:**
**Email:** programdirector@mainebreadoflife.org
**Address:** 159 Water Street
AUGUSTA, Maine 04330-4607
**Website:** www.mainebreadoflife.org

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:** 800-452-4668
**Fax:** 207-626-4678
**Email:** dkjohnson@mainehousing.org
**Address:** 353 WATER STREET
AUGUSTA, Maine 04330-4665
**Website:** http://www.mainehousing.org

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-974-2403
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** hmassow@penquis.org
**Address:** 262 Harlow Street
PO Box 1162
BANGOR, Maine 04401-4952
**Website:** http://www.penquis.org

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963
**Toll Free:** 800-221-2221
**Fax:** 207-443-7447
**Email:** candice.carpenter@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Website:** http://www.midcoastmainecommunityaction.org

**Agency Name:** WALDO COMMUNITY ACTION PARTNERS
**Phone:** 207-338-6809
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 9 Field St Ste 201
Belfast, Maine 04915-6661
**Website:** http://waldocap.org

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Website:** http://www.ceimaine.org

**Agency Name:** TEDFORD HOUSING
**Phone:** 207-729-1161-100
**Toll Free:**
**Fax:**
**Email:** officemanager@tedfordhousing.org
**Address:** 14 Middle Street
BRUNSWICK, Maine 04011-2400
**Website:** http://www.tedfordhousing.org

**Agency Name:** WESTERN MAINE CAP
**Phone:** 207-645-3764
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 20 A Church St
East Wilton, Maine 04234
**Website:** http://wmca.org

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Website:** www.avestahousing.org

**Agency Name:** CITY OF PORTLAND SHELTER
**Phone:** 207-482-5131
**Toll Free:**
**Fax:**
**Email:**
**Address:** 196 Lancaster Street
PORTLAND, Maine 04101-2418
**Website:** n/a

**Agency Name:** COMMUNITY FINANCIAL LITERACY
**Phone:** 207-797-7890
**Toll Free:**
**Fax:**
**Email:** crwaganje@cflmaine.org
**Address:** 309 Cumberland Ave
Suite 205
PORTLAND, Maine 04101-4982
**Website:** www.cflme.org

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 477 Congress St Fl 5
Portland, Maine 04101-3457
**Website:** http://www.moneymanagement.org

http://hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=ME       V14072



**Agency Name:** PINE TREE LEGAL ASSISTANCE, INCORPORATED
**Phone:** 207-774-8211
**Toll Free:**
**Fax:** 207-828-2300
**Email:** nheald@ptla.org
**Address:** 88 Federal St
PO Box 547
PORTLAND, Maine 04101-4205
**Website:** http://www.ptla.org

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-760-3020-050
**Toll Free:** 800-432-7881
**Fax:** 207-768-3021
**Email:** jbaillargeon@acap-me.org
**Address:** 771 Main St
PRESQUE ISLE, Maine 04769-2201
**Website:** www.acap-me.org

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2903
**Toll Free:**
**Fax:** 207-490-5026
**Email:** Meaghan.Arzberger@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Website:** http://www.yccac.org

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:**
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Square
SOUTH PARIS, Maine 04281-1533
**Website:** www.community-concepts.org

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 207-859-1500
**Toll Free:** 800-542-8227
**Fax:**
**Email:** N/A
**Address:** 97 Water St
Waterville, Maine 04901-6339
**Website:** http://www.kvcap.org

http://hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=ME     V14072

```
From: Nobody <SMTP:nobody@informe.org>
Sent: 11/30/2017 6:21:00 PM
To: WALZ_CALIBER
WALZ ID: 260_WALZ_CALIBER@walzgroup.com

Your pre-foreclosure reporting form has been successfully submitted to the Bureau
of Consumer Credit Protection. Here is a copy of your submission.
-----
Mortgage Information
-----
Company providing the notice:Caliber Home Loans, Inc.
Owner of the mortgage:LSF10 MASTER PARTICIPATION TRUST
What term best describes the owner of the mortgage?:Securitized Pool
Filer's Email Address:WALZ_CALIBER@walzgroup.com
Contact information for persons having the authority to modify the mortgage to
avoid foreclosure:Kendal Brown 13801 Wireless Way, Oklahoma City, OK 73134
800-321-1437 ext. 2626 BreachInbox@caliberhomeloans.com


-----
Consumer Information
-----

Consumer First name:JOANNE
Consumer Middle Initial/Middle Name: T
Consumer Last name:OLOUGHLIN
Consumer Suffix:
Property Address line 1:53 BUTTONWOOD RD
Property Address line 2:
Property Address line 3:
Property Address City/Town:SOUTH BERWICK
Property Address State:
Property Address zip code:03908
Property Address County:York


-----
Notification Details
-----

Date notice was mailed:11/30/2017
Amount needed to cure the default:115774.16
Consumer Address line 1:53 BUTTONWOOD RD
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:SOUTH BERWICK
Consumer Address State:ME
Consumer Address zip code:03908
```

| Line | Tracking Number | Name, Street & P.O. Address | Postage | Fee | Reference |
|---|---|---|---|---|---|
| 1 | 2326452868 | JAMES F OLOUGHLIN &<br>53 BUTTONWOOD RD<br>SOUTH BERWICK, ME  03908-2111 | $0.670 | $0.39 | 9805216679 |
| 2 | 2326452674 | JOANNE T OLOUGHLIN<br>53 BUTTONWOOD RD<br>SOUTH BERWICK, ME  03908-2111 | $0.670 | $0.39 | 9805216679 |
|  |  | Totals | $1.34 | $0.78 |  |
|  |  |  | Grand Total: |  | $2.12 |

List Number of Pieces Listed by Sender: 2

Total Number of Pieces Received at Post Office: 2

Postmaster: _(signature)_   Dated:
Name of receiving employee


CORONA, CA 92878-9998
NOV 30 2017
USPS