UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| US BANK TRUST NA | ) | |
| | ) | |
| v. | ) | CIVIL NO.  2:18-cv-00189-GZS |
| | ) | |
| JAMES F O'LOUGHLIN, et al | ) | |

ORDER TO SHOW CAUSE

A review of the file in the above matter reflects that the defendants were served on May 25, 2018.  As of this date no responsive pleading has been filed and plaintiff has not moved for entry of default or default judgment.

Accordingly, it is ORDERED that pursuant to Rule 41.1(b) of the Local Rules of this Court counsel shall show cause in writing no later than 14 days from this date, why this matter should not be dismissed for lack of prosecution.

So ORDERED.

George Z. Singal
United States District Judge

By   : /s/ Amy Rydzewski
        Deputy Clerk

Dated this 20th day of July, 2018.